UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO. 2:S03-cr-39-FTM-29DNF |
| : | |
| ARTEMUS WARD, JR. : | |

**MOTION TO DISMISS COUNT ONE WITH PREJUDICE**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and would move the Court to dismiss with prejudice Count One of the Second Superceding Indictment which is pending against the defendant Artemus Ward, and states as follows:

The defendant was convicted by a jury of Counts Two through Four of the Second Superceding Indictment while Count One resulted in a hung jury.

Therefore, the government respectfully requests that Count One of the Second Superceding Indictment be dismissed with prejudice.

                Respectfully submitted,

                PAUL I. PEREZ
                United States Attorney


By:   *s/Douglas Molloy*
       DOUGLAS MOLLOY
       Assistant United States Attorney
       Florida Bar No. 0316716
       2110 First Street, Suite 3-137
       Fort Myers, Florida 33901
       Telephone:  (239) 461-2200
       Facsimile:   (239) 461-2219
       E-Mail: douglas.molloy@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 22, 2004, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Martin DerOvanesian
    martin_derovanesian@fd.org

                                  s/Douglas Molloy
                                  DOUGLAS MOLLOY
                                  Assistant United States Attorney