UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                                2:03-cr-39-FtM-29DNF

ARTEMUS E. WARD, JR.
_____

**ORDER**

This matter comes before the Court on the government's Motion to Dismiss Count One With Prejudice (Doc. #156), filed on November 22, 2004. The government moves to dismiss Count One of the Second Superceding Indictment (Doc. #75). Defendant was found guilty by a jury on October 20, 2004, on Counts 2, 3, and 4.

Accordingly, it is now

**ORDERED**:

The government's Motion to Dismiss Count One With Prejudice (Doc. #156) is **GRANTED** and Count One of the Second Superceding Indictment is **DISMISSED** with prejudice.

**DONE AND ORDERED** at Fort Myers, Florida, this  29th  day of November, 2004.

_JOHN E. STEELE_
JOHN E. STEELE
United States District Judge

Copies:
Counsel of record
DCCD
U.S. Probation